# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of | United States District Court Court |

Index Number: 7:16-CV-06976-KMK
Date Filed: _____

2016001838

Plaintiff:
**RENEE PEREIRA-JERSEY**

vs.

Defendant:
**ROCKLAND COUNTY AND ROCKLAND COMMUNITY COLLEGE**

For:
Charny & Associates
9 West Market Street
Rhinebeck, NY 12572

Received by Action Subpoena, Inc to be served on **ROCKLAND COMMUNITY COLLEGE, 145 College Road, Suffern, NY 10901**.

I, Dan Knight, being duly sworn, depose and say that on the **23rd day of September, 2016** at **1:20 pm**, I:

served a **CORPORATION OR ENTITY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** to: **Nancy Alexander** as HR for **ROCKLAND COMMUNITY COLLEGE**, at the address of: **145 College Road, Suffern, NY 10901**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 43, Sex: F, Race/Skin Color: White, Height: 5'4, Weight: 145, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Subscribed and Sworn to before me on the 27 day of Sept 2016 by the affiant who is personally known to me.

NOTARY PUBLIIC STATE OF NEW YORK

GAIL KAGAN
Notary Public State of New York
Qualified in Westchester County
Commission Expires 6/03/19
REG # 01KA6094470

Dan Knight
Action Subpoena, Inc
P.O. Box 236
Riverdale, NY 10471
(914) 963-1941

Our Job Serial Number: ATN-2016001838

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1g

